IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S DIST COURT
AT ABINGDON, VA
FILED
MAR 12 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| KAREN N. CHANDLER, | |
| Plaintiff, | Case No. 2:05CV00064 |
| v. | **FINAL JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | By: James P. Jones<br>Chief United States District Judge |
| Defendant. | |

For the reasons set forth in the report and recommendations of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations are **accepted**;

2. The motions for summary judgment are **denied**;

3. The case is **remanded** to the Commissioner of Social Security pursuant to "sentence four" of 42 U.S.C. § 405(g), for further consideration of the claimant's mental residual functional capacity and resulting ability to work; and

4. The clerk is directed to close the case.

ENTER: March 12, 2007

/s/ James P. Jones
Chief United States District Judge